UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MECKLENBERG,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLACERVILLE BREWING COMPANY, LLC<br><br>    Defendants. | Case No.: 2:13-cv-00149-JAM-EFB<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:  Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby orders the following modifications to the November 21, 2013 Scheduling Order issued in this matter.

Dispositive motion filing date:  10/22/2014;

Dispositive motion hearing date:  11/19/2014 at 9:30 a.m.;

Joint pre-trial statement due: 1/7/2015;

Final pre-trial conference:  1/14/2015 at 4:00 P.M.; and

Jury trial:  2/23/2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 4/3/2014                                         /s/ John A. Mendez_____

                                                        Honorable John A. Mendez
                                                        United States District Court Judge