# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| Stacy Mecklenburg<br>Plaintiff (s),<br><br>V.<br><br>Placerville Brewing Company, LLC<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 2-13-cv-00149-JAM-JF |

Notice is hereby given that, subject to approval by the court, __Placerville Brewing Company, LLC__ substitutes
(Party (s) Name)

__Robert J. Enos, Esq.__, State Bar No. __182956__ as counsel of record in place
(Name of New Attorney)

place of __Party Represented Self__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: BPE Law Group, P.C.
- Address: 2339 Gold Meadow Way, Ste. 101, Gold River, CA 95670
- Telephone: (916) 966-2260    Facsimile (916) 346-4880
- E-Mail (Optional): rjenos@bpelaw.com

I consent to the above substitution.

Date: January 5, 2018                        /s/ Allen Vickers, Agent
                                              (Signature of Party (s))

I consent to being substituted.

Date:                                         
                                              (Signature of Former Attorney (s))

I consent to the above substitution.

Date: January 5, 2018                        /s/ Robert J. Enos
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/8/2018                               /s/ John A. Mendez
                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**