1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT
8               EASTERN DISTRICT OF CALIFORNIA

9

10

11   **Stacy Mecklenberg**,                    Case: 2-13-cv-00149-JAM-JFM

12              Plaintiff,
                                             Order re: Ex Parte Motion to
13       v.                                  Withdraw as Counsel and Request
                                             for Continuance of Pending
14   **Placerville Brewing Company,**        Hearing Dates
     **LLC**, a California Limited Liability
15   Company; and Does 1-10,

16              Defendants.

17

18

19

20          The Court has considered Plaintiff's Ex Parte Motion to Be Relieved

21   as Counsel pursuant to Local Rule 182(d) and accompanying declaration. In

22   light of these documents, and for good cause shown, IT IS HEREBY

23   ORDERED that:

24       1. The Law Firm of Potter Handy, LLP, dba the Center for Disability

25          Access be permitted to withdraw as counsel of record for Plaintiff

26          Stacy Mecklenberg;

27       2. That the hearings on defendant's motion to set aside entry of

28          default and Plaintiff's motion for default judgment be continued to

---

Declaration of Dennis Price in Support of Ex Parte Motion to Withdraw as Counsel and
Request for Continuance of Pending Hearing Dates
Case: 2-13-cv-00149-JAM-JFM

1         April 24, 2018, at 1:30 p.m., and that the timing of opposition and

2         reply papers still outstanding comply with the Federal Rules of

3         Civil Procedure, Local Rules of this District and the Standing

4         Orders of the Court.

5

6   IT IS SO ORDERED

7

    Dated: January 25, 2018

8

9                   By: **/s/ JOHN A. MENDEZ**

                        United StatesDistrict Judge

10                      Hon. John A. Mendez

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Declaration of Dennis Price in Support of Ex Parte Motion to Withdraw as Counsel and
Request for Continuance of Pending Hearing Dates
Case: 2-13-cv-00149-JAM-JFM